■ PHILIP COLETTA, Respondent, v. MURRAY STEVENS, Defendant and Third-Party Plaintiff-Appellant. HOLLBROS, INC., Third-Party Defendant-Respondent.— Judgment in favor of plaintiff Coletta against defendant Stevens reversed on the law and facts, with costs to defendant Stevens and complaint dismissed, with costs. Memorandum: The action was based upon an alleged eviction, actual or constructive. No proof of either was produced and the plaintiff failed to make out a cause of action as a matter of law. Hollbros,

Inc., is included in the action as a third-party defendant only and not as a defendant in relation to plaintiff's direct claim. Although Stevens has undertaken to appeal from the judgment of no cause of action on his third-party claim against Hollbros, Inc., no such judgment appears in the record and we cannot pass upon it. However, in view of our decision on the main claim of *Coletta* v. *Stevens*, that question has become academic. All concur. (Appeal by defendant Stevens from a judgment of Steuben County Court for plaintiff against said defendant; appeal by defendant Stevens as third-party plaintiff from the judgment of the said court for no cause of action as to the third-party defendant Hollbros, Inc.; appeal by defendant Stevens from an order denying motion by said defendant and third-party plaintiff for a new trial, in an action for breach of terms of a lease.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.